IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-258 |
| --- | --- | --- |
| v. | : : : | CIVIL ACTION NO. 11-160 |
| ODELL QUARN CANNON a/k/a Zelly | : : | |

## ORDER

**AND NOW**, this 21st day of June, 2012, upon consideration of the Motion for Relief from Judgment Pursuant to Components (1) and (6) of Fed. R. Civ. P. 60(b) (Document No. 145), the government's response, and it appearing that the defendant's motion is a successive petition for a writ of *habeas corpus* under 28 U.S.C. § 2255, it is **ORDERED** that the motion is **TRANSFERRED**, pursuant to 28 U.S.C. § 1631, to the Third Circuit Court of Appeals to determine whether the district court may consider the defendant's successive petition.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.